**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

UNITED STATES OF AMERICA　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　CASE NO. 1:26-cr-22
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　JUDGES: McDonough/Dumitru
ANIBAL RAMIREZ-JUAREZ　　　　　　)

## INFORMATION

## COUNT ONE

The United States Attorney charges that on or about March 4, 2026, in the Eastern District of Tennessee, the defendant, ANIBAL RAMIREZ-JUAREZ, did knowingly and willfully re-enter into the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States, in violation of Title 8 United States Code, Section 1326(a).

　　　　　　　　　　　　　　　　FRANCIS M. HAMILTON III,
　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　By:　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　SARAH E. KLAPMAN
　　　　　　　　　　　　Assistant United States Attorney